# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Eliel Mora-Cruz,<br>A205 262 109<br>*Defendant* | Case No. 17-9415 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 15, 2017, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2), a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*
REVIEWED BY:  Charles E. Bailey Jr., P.S. for AUSA Jacqueline Schesnol

☒ Continued on the attached sheet.

*Complainant's signature*
Albert A. Martinez
U.S. Border Patrol Agent
*Printed name and title*

Reviewed, approved, and signed in person.

Date: September 18, 2017

*Judge's signature*

City and state: Phoenix, AZ

Eileen S. Willett
United States Magistrate Judge
*Printed name and title*

# ATTACHMENT A

## Count 1

On or about September 15, 2017, Eliel Mora-Cruz, an alien, was found in the United States of America at or near Casa Grande, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about April 14, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

## Count 2

On or about September 15, 2017, at or near Casa Grande, in the District of Arizona, Eliel Mora-Cruz, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Albert A. Martinez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 15, 2017, Border Patrol Agent M. Shick encountered an individual near Casa Grande, in the District of Arizona. The agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as Eliel Mora-Cruz, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Mora-Cruz was transported to the Casa Grande Border Patrol Station for further processing. Mora-Cruz was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Eliel Mora-Cruz to be a citizen of Mexico and a previously deported alien. Mora-Cruz was removed from the United States to Mexico through Del Rio, Texas, on or about April 14, 2012, pursuant to a removal order issued by an immigration official. There is no record of Mora-Cruz in any Department of Homeland Security database to suggest that he obtained permission

from the Secretary of the Department of Homeland Security to return to the United States after his removal.

4. Furthermore, there is no record of Mora-Cruz in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Mora-Cruz presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Mora-Cruz entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Mora-Cruz's immigration history was matched to him by electronic fingerprint comparison.

5. On September 16, 2017, Eliel Mora-Cruz was advised of his constitutional rights. Mora-Cruz freely and willingly acknowledged his rights and agreed to answer questions or provide a statement under oath. Mora-Cruz stated that his true and correct name is Eliel Mora-Cruz and that he a citizen of Mexico. Mora-Cruz stated that he entered the United States illegally, by walking through the desert, near Douglas, Arizona.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 15, 2017, Eliel Mora-Cruz, an alien, was found in the United States

3

of America at or near Casa Grande, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about April 14, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony, and on or about September 15, 2017, at or near Casa Grande, in the District of Arizona, Eliel Mora-Cruz, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

_____
Albert A. Martinez
United States Border Patrol Agent


Sworn to and subscribed before me
this 18th day of September, 2017.

_____
Eileen S. Willett
United States Magistrate Judge